■ The People of the State of New York, Respondent, v Victor Bayron, Appellant.—Judgment unanimously affirmed. Memorandum: The trial court's instructions on the duty to retreat were entirely proper because the incident occurred in a common area of the prison in which defendant was incarcer-

ated and there was evidence in the record which could rationally support a finding that defendant could have safely retreated *(see,* Penal Law § 35.15 [2] [a]; *People v Barcena,* 131 AD2d 688, 689, *lv denied* 70 NY2d 709). We have reviewed the remaining contentions, including those raised by defendant in his supplemental *pro se* brief, and we find them to be lacking in merit. (Appeal from judgment of Cayuga County Court, Corning, J.—murder, second degree; promoting prison contraband, first degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.